UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00042-FDW-DSC

| | |
|---|---|
| TERRY L. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| INLIVIAN, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Plaintiff Terry L. Brown ("Plaintiff") filed a Complaint in this matter on January 28, 2022. [Doc. 1]. On March 2, 2022, the Court granted Plaintiff's motion to proceed in forma pauperis for the limited purpose of initial review but found that the Court lacked jurisdiction over Plaintiff's Complaint. [Doc. 5]. The Court allowed Plaintiff 30 days to amend his Complaint to address the deficiencies provided in the Court's Order. [Id. at 4]. The Court advised Plaintiff that, if he failed to so amend his Complaint, this action would be dismissed without prejudice and without further notice to Plaintiff. [Id.]. The next day Plaintiff filed a copy of some emails and handwritten descriptions thereof that seem to relate to the claims asserted in Plaintiff's original Complaint. [Docs. 6, 6-1]. Plaintiff, however, has yet to comply with the Court's Order to amend his Complaint. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**. The Clerk is instructed to terminate this proceeding.

Signed: April 11, 2022

_Frank D. Whitney_
Frank D. Whitney
United States District Judge